UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA BROOKE,

        Plaintiff,

    v.

LOTUS HOTELS - UNION CITY, LLC,

        Defendant.

Case No.  16-cv-06752-SK

**ORDER TO SHOW CAUSE**

On November 22, 2016, this case was filed and a summons was issued the following day. Since that time, there has been no activity in this case, other than unanswered notices regarding consent or declination.  The Plaintiff was ordered to complete service on defendants or file a motion for administrative relief from deadline by January 23, 2017.  The date has passed without filing of either a motion or proof of service.  Further, the court's four notices have been ignored.

In light of the foregoing, PLAINTIFF IS HEREBY ORDERED TO SHOW CAUSE as to why this matter should not be referred to a district judge with the recommendation that it be dismissed for failure to prosecute.  Plaintiff shall submit a written response no later than March 20, 2017.

**IT IS SO ORDERED**.

Dated: March 10, 2017

_____

SALLIE KIM
United States Magistrate Judge